

# NUMBER 13-15-00186-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

TEXAS TRANSCO, INC.,                                       **Appellant,**

**v.**

THOMAS PETROLEUM, LLC,                                  **Appellee.**

---

### On appeal from the 347th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

Appellant, Texas Transco, Inc., perfected an appeal from a judgment entered by the 377th District Court of Victoria County, Texas, in cause number 13-2-074436-D.[1]

Appellant has now filed a motion to dismiss this appeal on grounds that it no longer wishes

---

[1] According to the record, the summary judgment subject to appeal in this case was rendered against Texas Transco, Inc. and Bobby Price, individually. Price is not a party to this appeal.

to prosecute the appeal.   Appellant thus requests that this Court dismiss this cause with prejudice.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED with prejudice.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
30th day of July, 2015.